IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM,**  **PLAINTIFF**
**ADC # 209415**

v.                       Case No. 4:20-cv-00801 KGB-BD

**KEVIN SMITH,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is a partial recommended disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Richard Gilliam's claims against defendant Kevin Smith. Mr. Gilliam may move forward with his claims against defendant Deputy Steffan.

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge