**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RICHARD GILLIAM,
#209415**                                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 4:20-CV-801-KGB-BD**

**KEVIN SMITH,** *et al.*                                               **DEFENDANTS**

<u>**RECOMMENDED DISPOSITION**</u>

**I.      <u>Procedures for Filing Objections</u>**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Any

party may file objections if they disagree with the findings or conclusions set out in the

Recommendation. Objections should be specific and should include the factual or legal

basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file

objections, they risk waiving the right to appeal questions of fact. And, if no objections

are filed, Judge Baker can adopt this Recommendation without independently reviewing

the record.

**II.     <u>Discussion</u>**

Plaintiff Richard Gilliam filed this civil rights case *pro se* while jailed at Lonoke

County Detention Facility. (Doc. No. 2) After filing his complaint, Mr. Gilliam agreed

during his deposition to dismiss this case, along with several other cases, without

prejudice. Alex Steffan[1], the only remaining Defendant in this case, filed the pending motion to dismiss this case. In support of the motion, Defendant Steffan attaches Mr. Gilliam's deposition statement agreeing to dismiss claims against him, without prejudice. (Doc. No. 20)

## III.  <u>Conclusion</u>

The Court recommends that Defendant Steffan's motion to dismiss (Doc. No. 20) be GRANTED. This case should be DISMISSED, without prejudice. The dismissal should not count as a "strike" for purposes of the Prison Litigation Reform Act.

DATED this 22nd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In papers filed with the Court, Mr. Steffen has spelled his surname both Steffen and Steffan. In his motion to dismiss, he spelled his name Steffan, so that is the spelling the Court will use here. (Doc. Nos. 9, 10, 20) The Clerk is directed to change the spelling to "Steffan" on the docket sheet.