IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM,**  **PLAINTIFF**
**ADC # 209415**

v.  Case No. 4:20-cv-00801 KGB-BD

**KEVIN SMITH,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is separate defendant Alex Steffan's agreed motion to dismiss without prejudice (Dkt. No. 20). The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere regarding this motion (Dkt. No. 21). Neither plaintiff Richard Gilliam nor any named defendant filed objections to the Recommended Disposition, and the time to file objections has passed.

Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 21). The Court grants Mr. Steffan's motion to dismiss and dismisses Mr. Gilliam's complaint without prejudice (Dkt. Nos. 2, 7, 20).

It is so ordered this 28th day of February, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge