# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM,**                                                                                    **PLAINTIFF**
**ADC # 209415**

v.                                          Case No. 4:20-cv-00801 KGB-BD

**KEVIN SMITH,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Richard Gilliam's claims are hereby dismissed without prejudice.

So adjudged this 28th day of February, 2022.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              United States District Judge